IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**CHARVETTA BUCK, CHARVETTA BUCK**
on behalf of K. B., **NATISHA BUCK** on behalf
of M. B., and **JENNIFER KIMBLE**                                                      **PLAINTIFFS**

**V.**                                                                          **CAUSE NO. 4:19CV142-DMB-JMV**

**MEDICAL TRANSPORT**
**MANAGEMENT, LLC, ET AL.**                                                            **DEFENDANTS**

## ORDER SEALING FILINGS
## AND REQUIRING REFILING IN REDACTED FORM

The Notice of Removal [1] in this matter was filed in contravention of Rule 5.2 of the *Federal Rules of Civil Procedure*. Pursuant to Rule 5.2, a party making a filing with the Court may only include a minor's initials. FED.R.CIV.P. 5.2(a)(3). Because the Notice of Removal includes the full names of persons alleged to be minors, this document will be sealed. Further, all documents filed subsequently—except filings exempted from the redaction requirement—that include the full names of minors will be sealed, and these documents, along with the Notice of Removal, must be refiled in accordance with Rule 5.2 within 5 business days of this date.

**THEREFORE, IT IS ORDERED:**

1. That the Clerk shall forthwith **SEAL** the following documents: [1], [3], [5], [6], [7], [8], and [9].

2. That the filing party of documents [1], [3], [5], [6], [7], [8], and [9] must, within 5 business days of this date, electronically submit to the Clerk a redacted copy of the document that complies with the requirements of Rule 5.2(a)(3).

3. That the Clerk shall, immediately upon receipt, docket the redacted version of the documents as attachments to their sealed counterparts, but as fully accessible by the public.

4. That the Clerk shall amend the record of the style of this case to include only the initials of the minor plaintiffs.

5.  **That all future filings in this case must comply with Rule 5.2(a)(3)**, and counsel must ensure that their respective offices are aware of the requirements of this order.

6. That the parties are warned that failure to timey comply with this order may subject the filer to appropriate sanctions.

**SO ORDERED** this 2nd day of October, 2019.

/s/ Jane M. Virden
U. S. MAGISTRATE JUDGE